## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH ALICE DOVE, as Personal Representative of the Estate of GUS DOVE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-056 (MN) (SRF) |
| BOEING COMPANY, et al. | ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on January 25, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 184) in this action, recommending that the Court grant Defendant Honeywell International Inc., the successor in interest to Allied Signal, Inc., the successor in interest to the Bendix Corporation's Motion for Summary Judgment;

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 11th day of February 2019 that the Report and Recommendation is ADOPTED.

Defendant Honeywell International Inc., the successor in interest to Allied Signal, Inc., the successor in interest to Bendix Corporation's motion for summary judgment (D.I. 151) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Honeywell International Inc., the successor in interest to Allied Signal, Inc., the

successor in interest to Bendix Corporation and against Plaintiff Elizabeth Alice Dove, as Personal

Representative of the Estate of Gus Dove.

The Honorable Maryellen Noreika
United States District Court Judge